IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR403 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRANDON WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Julie B. Hansen and the office of the Federal Public Defender to withdraw as counsel for the defendant (Filing No. 14). For good cause shown, the motion will be granted and substitute counsel will be appointed.

W. Thomas Brantley, Jr., 609 Olson Drive, #4, Papillion, Nebraska 68046, Phone Number 402-884-0211, is appointed as substitute counsel for the defendant. Julie B. Hansen shall forthwith provide W. Thomas Brantley, Jr. with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Brandon Walker's defense. W. Thomas Brantley, Jr. shall forthwith file an appearance in this matter.

**IT IS SO ORDERED**.

DATED this 11th day of December, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge